

August 13, 2024

**VIA ECF**

The Honorable Jennifer E. Willis
U.S. Magistrate Judge for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> This request is GRANTED.  SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> August 15, 2024

Re:   *Glencore Ltd. v. Louis Dreyfus Company B.V. et al*, No. 23-cv-11125
      Response to Plaintiffs' Letter Motion to Compel

Dear Judge Willis:

I submit this letter motion seeking to file under seal Defendants' letter response to Plaintiffs' August 8, 2024 letter motion to compel, as well as Exhibits 3 and 4 thereto, in accordance with Section 6 of the SDNY Electronic Case Filing Rules and Instructions and Your Honor's Individual Practice II.E.

Plaintiffs provided Exhibits 3 and 4 on a confidential basis, apparently believing they contain sensitive information that is not publicly available.  Defendants' letter cites information from these documents, and also cites information from Plaintiffs' letter motion that was filed under seal (ECF No. 42).  Accordingly, Defendants respectfully request leave to file these documents under seal.  Counsel for Plaintiffs does not oppose this motion.

Respectfully,

Peter A. Bicks
*Counsel for Defendants*

cc:   All counsel of record (via ECF)