UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLENCORE LTD. and VITERRA B.V. (f/k/a/
GLENCORE GRAIN B.V.),

                          Plaintiffs,                           **ORDER**

        -against-

                                                  **23-CV-11125 (ALC) (JW)**

LOUIS DREYFUS COMPANY B.V. (f/k/a
LOUIS DREYFUS COMMODITIES B.V.),
ALLENBERG COTTON CO., LOUIS
DREYFUS COMPANY HOLDING INC.
(f/k/a LDC HOLDING INC.), TERM
COMMODITIES INC., LOUIS DREYFUS
COMPANY LLC (f/k/a LOUIS DREYFUS
COMMODITIES LLC), and JOSEPH
NICOSIA,

                          Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of a series of letters from the Parties detailing multiple discovery disputes. See Dkt. Nos. 42, 46, 51, 53–54, 57–67. The Parties are ordered to meet and confer and file a joint status letter by **November 8, 2024**. The letter should inform the Court of whether any disputes have been resolved and include a list of any discovery disputes mentioned in the Parties previous letters which remain outstanding. The letter should not exceed five pages. The Court expects the Parties to make a genuine effort to resolve any issues prior to the filing of the letter.

      SO ORDERED.

DATED:    New York, New York
               October 28, 2024

                                                       *Jennifer E. Willis*
                                            JENNIFER E. WILLIS
                                            United States Magistrate Judge