# Katten

50 Rockefeller Plaza
New York, NY 10020-1605
+1.212.940.8800 tel
katten.com

NATHANIEL AMENT-STONE
nathaniel.ament-stone@katten.com
+1.212.940.6593 direct

November 12, 2024

The Hon. Jennifer E. Willis, Magistrate Judge
United States District Court, Southern District of New York
40 Foley Square, Room 425
New York, New York 10007
(212) 805-0244
WillisNYSDChambers@nysd.uscourts.gov

Re:   *Glencore Ltd. et ano. v. Louis Dreyfus Company B.V. et al.*, No. 23-cv-11125

Dear Magistrate Judge Willis:

I submit this letter-motion seeking to file under seal Plaintiffs' letter-motion to compel and Exhibits A and B thereto, in accordance with Section 6 of the S.D.N.Y. Electronic Case Filing Rules and Instructions and Your Honor's Individual Practice II.E.

Exhibits A and B were produced on a Confidential basis pursuant to the Stipulated Protective Order (ECF No. 39), as Defendants apparently believed they contained sensitive information that is not publicly available; and the letter from Eliot Lauer cites information from these documents. Plaintiffs respectfully request leave to file these documents under seal. Counsel for Defendants consents to this motion.

Sincerely,

/s/ *Nathaniel Ament-Stone*

Nathaniel Ament-Stone


cc:   All counsel of record (via ECF)

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   LOS ANGELES
NEW YORK   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP