UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GLENCORE LTD. and VITERRA B.V. (f/k/a/
GLENCORE GRAIN B.V.),

                    Plaintiffs,

                    -against-

LOUIS DREYFUS COMPANY B.V. (f/k/a
LOUIS DREYFUS COMMODITIES B.V.),
ALLENBERG COTTON CO., LOUIS
DREYFUS COMPANY HOLDING INC.
(f/k/a LDC HOLDING INC.), TERM
COMMODITIES INC., LOUIS DREYFUS
COMPANY LLC (f/k/a LOUIS DREYFUS
COMMODITIES LLC), and JOSEPH
NICOSIA,

                    Defendants.
------------------------------------------------------------------X

**ORDER**

**23-CV-11125 (ALC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Given the volume of unresolved issues, the Parties are ordered to attend an in-person discovery conference at **1:00 p.m. on November 20, 2024**. The conference will be held in Courtroom 228, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

      SO ORDERED.

DATED:    New York, New York
              November 14, 2024

                                                                 JENNIFER E. WILLIS
                                                                  United States Magistrate Judge