UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLENCORE LTD. and VITERRA B.V. (f/k/a/
GLENCORE GRAIN B.V.),

                      Plaintiffs,                    **ORDER**

      -against-                    **23-CV-11125 (ALC) (JW)**

LOUIS DREYFUS COMPANY B.V. (f/k/a
LOUIS DREYFUS COMMODITIES B.V.),
ALLENBERG COTTON CO., LOUIS
DREYFUS COMPANY HOLDING INC.
(f/k/a LDC HOLDING INC.), TERM
COMMODITIES INC., LOUIS DREYFUS
COMPANY LLC (f/k/a LOUIS DREYFUS
COMMODITIES LLC), and JOSEPH
NICOSIA,

                      Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties are directed to order a transcript of the November 20, 2024 discovery conference and send a courtesy copy to the Court via email.

      SO ORDERED.

DATED:    New York, New York
               November 21, 2024

                                                             _____
                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge