UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENCORE LTD. and VITERRA B.V. (f/k/a GLENCORE GRAIN B.V.),<br><br>        Plaintiffs,<br><br>   v.<br><br>LOUIS DREYFUS COMPANY B.V. (f/k/a LOUIS DREYFUS COMMODITIES B.V.), ALLENBERG COTTON CO., LOUIS DREYFUS COMPANY HOLDING INC. (f/k/a LDC HOLDING INC.), TERM COMMODITIES INC., LOUIS DREYFUS COMPANY LLC (f/k/a LOUIS DREYFUS COMMODITIES LLC), and JOSEPH NICOSIA,<br><br>        Defendants. | Case No. 1:23-cv-11125 |

## ORDER GRANTING UNOPPOSED MOTION FOR
## ISSUANCE OF INTERNATIONAL LETTER OF REQUEST (LETTER ROGATORY)

   Upon the Motion for the Issuance of an International Letter of Request (Letter Rogatory) (the "Motion") filed by Defendants Allenberg Cotton Co., Louis Dreyfus Company Holding Inc. (f/k/a LDC Holdings Inc.), Term Commodities Inc., Louis Dreyfus Company LLC (f/k/a Louis Dreyfus Commodities LLC), and Joseph Nicosia (collectively, "Defendants"), requesting the issuance of an international letter of request (the "Letter of Request") pursuant to the provisions of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, 23 U.S.T. 2555, 847 U.N.T.S. 231, 28 U.S.C. § 1781 (the "Hague Evidence Convention"), and upon the record of the above-captioned matter;

   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

The Motion is **GRANTED**.

This Court will sign the Letter of Request attached to the Motion as Exhibit A and affix the seal of the United States District Court for the Southern District of New York over said signature.

The Clerk of the District Court is directed to return the original, signed Letter of Request to counsel for Defendants so that said Letter of Request may be issued to the Supreme Court of New South Wales.

Defendants are directed to transmit the original, signed Letter of Request to the Supreme Court of New South Wales.

The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this order.

Dated: March 20, 2025
        New York, New York


_____
THE HONORABLE JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE