UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                         :
**GLENCORE LTD. & VITERRA B.V.,**                        :
                                                         :
                **Plaintiff,**         :
                                                         :
      -against-                                  :
                                                         :
**THE LOUIS DREYFUS COMPANY B.V.,**   :   **1:23-CV-11125 (ALC)**
**ET AL**                                                :
                                                         :   **ORDER**
            **Defendants.**       :
                                                         :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

    On September 26, 2025 Plaintiff filed a letter motion requesting a pre-motion conference on an anticipated motion to strike. On October 1, 2025 Defendants filed their response. Plaintiff's motion for a pre-motion conference is DENIED and the Court sets the following briefing schedule:

    Plaintiff's Motion to Strike:                November 4, 2025

    Defendants' Opposition:                 November 18, 2025

    Plaintiff's Reply, if any:                    November 25, 2025

**SO ORDERED.**

**Dated:** October 21, 2025

    New York, New York                             **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**