

October 16, 2025

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

**orrick.com**

<u>**VIA ECF**</u>

The Honorable Andrew L. Carter, Jr.
U.S. District Judge for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Peter A. Bicks**

E  pbicks@orrick.com
D  +1 212 506 3742
F  +1 212 506 5151

Re:   *Glencore Ltd. et ano. v. Louis Dreyfus Company B.V. et al.*, No. 23-cv-11125
<u>Letter Motion To Seal</u>

Dear Judge Carter:

On behalf of Defendants, we write pursuant to Section 6.C of Your Honor's Individual Rules and Section E.4 of the Stipulated Protective Order, Dkt. No. 39 (the "Protective Order"), to request leave to file Defendants' Reply Memorandum of Law in Support of Defendants' Motion to Modify the Stipulated Protective Order under seal in the above-referenced case (the "Action").

As set forth in greater detail in Defendants' September 2, 2025 Letter Motion to Seal, Dkt. No. 131, the Court entered the Protective Order for this Action on May 23, 2024, which permits a producing party to designate certain Discovery Material as "Confidential" or "Highly Confidential." The Protective Order further provides that any party seeking to file materials with the Court that contain "Confidential" or "Highly Confidential" information must request leave to file those materials under seal. Pursuant to the Protective Order and this Court's Individual Practices, Plaintiffs Glencore Ltd. and Viterra B.V. (collectively, Glencore) have designated discovery in this Action as "Confidential" or "Highly Confidential."

Defendants are, of course, seeking a modest modification of the Stipulated Protective Order. But the original Stipulated Protective Order remains in effect for the time being and Defendants are obligated to comply with it. Moreover, Defendants' requested modification does not contemplate *public* disclosure or dissemination of discovery from this Action. Accordingly, for the reasons explained in Defendants' September 2, 2025 Letter Motion to Seal, Dkt. No. 131, Defendants respectfully request that the Court authorize Defendants to file their Reply Memorandum under seal and publicly file the Reply Memorandum with redactions as proposed.

Counsel for Plaintiffs do not oppose this motion.

Respectfully,

Peter A. Bicks
Orrick, Herrington, & Sutcliffe
*Counsel for Defendants*

cc: All counsel of record (via ECF)

---

This request is GRANTED. The parties' various motions to seal at Dkt. Nos. 86, 95, 99, 109, 131, 137, 152, 169, 172, 175, and 180 are also GRANTED.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 86, 95, 99, 109, 131, 137, 152, 169, 172, 175, 180, and 185.**

SO ORDERED.

JENNIFER E. WILLIS
United States Magistrate Judge
October 24, 2025

2