UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

Glencore Ltd. & Viterra B.V.                          :
                                                      :
                                    Plaintiffs,       :
                                                      :      1:23-cv- 11125 (ALC)
                    -against-                          :
                                                      :      **ORDER**
Louis Dreyfus Company B.V. et al,                     :
                                    Defendants.        :
                                                      :
                                                      :
                                                      :
                                                      :

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on **February 3, 2026 at 3:30 pm** for oral argument on the motions to exclude and summary judgment motion. For the motions to exclude, each side will have 8 minutes and then 3 minutes for rebuttal. For the summary judgment, each side will have 7 minutes and then 3 minutes for rebuttal.

**SO ORDERED. Dated:**

January 27, 2026

New York, New York                        ANDREW L. CARTER, JR.
                                          United States District Judge