UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

Glencore Ltd. & Viterra B.V.                          :
                                                      :
                              Plaintiffs,             :
                                                      :    1:23-cv- 11125 (ALC)
               -against-                              :
                                                      :    **ORDER**
Louis Dreyfus Company B.V. et al,                     :
                              Defendants.             :
                                                      :
                                                      :
                                                      :

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Oral arguuuents are adjourned unttl February 5, 2026 at 10 AM.

The Parties should appear in person at the Thurgood Marshall United States

Courthouse, 40 Foley Square, in Courtroom 444.

**SO ORDERED. Dated:**

February 3, 2026

_____
ANDREW L. CARTER, JR.
United States District Judge

New York, New York