**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

**GLENCORE LTD & VITERRA B.V.**       :

      :

      :       **1:23-cv-11125 (ALC)**

      :

**v.**       :       <u>**ORDER**</u>

      :

      :

**LOUIS DREYFUS COMPANY B.V. ET AL**       :

      :

      :

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Following up on oral arguments, Defendants are ordered to file their letter brief by

February 10, 2026. Any response from Plaintiffs is due by February 16, 2026.

**SO ORDERED.**

**Dated:** February 5, 2026

      New York, New York            **ANDREW L. CARTER, JR.**
                                          **United States District Judge**