**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

   **GLENCORE LTD & VITERRA B.V.**        :

                                    :

                                    :       **1:23-cv-11125 (ALC)**

                                    :

   **v.**                               :       **ORDER**

                                    :

                                    :

   **LOUIS DREYFUS COMPANY B.V. ET AL**    :

                                    :

                                    :

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On February 19, 2026, Defendants filed a letter requesting leave to file a reply to Plaintiffs' February 16, 2026 Post-Argument Letter Brief. ECF No. 215. On February 23, 2026, Plaintiffs responded in opposition. ECF No. 218. The Court DENIES Defendants' request.

**SO ORDERED.**

  **Dated:** February 5, 2026

      **New York, New York**                    **ANDREW L. CARTER, JR.**
                                         **United States District Judge**