UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- x

GLENCORE LTD ET AL

                     Plaintiffs,

               -against-

LOUIS DREYFUS COMPANY B.V. ET AL,

                 Defendants

---------------------------------------------- x

1:23-cv-11125 (ALC)

**ORDER**

ANDREW L. CARTER, JR., United States District Judge:

       The April 30, 2026 conference is cancelled. The Court will follow up with a rescheduled date.

**SO ORDERED.**

Dated:    April 29, 2026
          New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**