UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— x

GLENCORE LTD ET AL

                Plaintiffs,

           -against-

LOUIS DREYFUS COMPANY B.V. ET AL,

              Defendants

————————————————————— x

    1:23-cv-11125 (ALC)

    **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court ORDERS all Parties attend a conference on May 21, 2026 at 11 AM. The

Parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley

Square, in Courtroom 444 on the date and time specified above.

**SO ORDERED.**

Dated:    April 30, 2026 New
          York, New York

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**