UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------- ———————————————————————— x
:
GLENCORE LTD ET AL :
:
Plaintiffs, :
:                    1:23-cv-11125 (ALC)
-against- :
:                    ORDER
:
LOUIS DREYFUS COMPANY B.V. ET AL, :
:
Defendants :
:
——————————————————————————— x

ANDREW L. CARTER, JR., United States District Judge:

As discussed during the May 21, 2026 conference, Defendants' motion on the interlocutory appeal issue is due June 11, 2026, Plaintiffs' opposition is due July 2, 2026, and any Reply is due by July 9, 2026.

The Parties' pre-trial order is due August 24, 2026. A joint status report is due by October 9, 2026 indicating whether Defendants can be ready for trial November 16, 2026 or January 11, 2027. Otherwise, trial is set for June 14, 2027.

SO ORDERED.

Dated:    May 21, 2026
          New York, New York

ANDREW L. CARTER, JR.
United States District Judge