October 9, 2026

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
U.S. District Judge for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Glencore Ltd. et al. v. Louis Dreyfus Company B.V. et al.*, No. 23-cv-11125

Dear Judge Carter:

On behalf of the parties in the above-referenced action, pursuant to Your Honor's May 21, 2026 Order ("Order") requesting a joint status report indicating whether Defendants' counsel can try the case November 16, 2026 or January 11, 2027 (Dkt. 236), we write to inform the Court that Defendants' counsel's trials set for November 30, 2026 and January 11, 2027 remain unchanged since the parties' May 21, 2026 conference (*see* May 21, 2026 Tr. at 16:22-17:8). Defendants' counsel is therefore unavailable to try the case at those times. In light of this, and pursuant to the Order, it is the parties' understanding that trial is set for June 14, 2027.

Respectfully,

*/s/ Peter A. Bicks*
Peter A. Bicks
*Counsel for Defendants*

**/s/ Eliot Lauer*
Eliot Lauer
*Counsel for Plaintiffs in Case No. 23-cv-11125*

*Signed with permission

cc: All counsel of record (via ECF)